1  SULLIVAN, HILL, LEWIN, REZ & ENGEL
   A Professional Law Corporation
2    Christine A. Roberts, NV SBN 6472
     Elizabeth E. Stephens, NV SBN 5788
3  228 South Fourth Street, First Floor
   Las Vegas, NV 89101
4  Telephone: (702) 382-6440
   Fax Number: (702) 384-9102
5
   Attorneys for Yvette Weinstein,
6  Chapter 7 Trustee

7

8

9                     UNITED STATES BANKRUPTCY COURT
                              District of Nevada
10

11 In re                            )   CASE NO. BK-S-10-20354-MKN
                                    )
12 RONALD V. COOK,                  )   Chapter 7
                                    )
13           Debtor.                )
                                    )   **RESPONSE TO MOITON TO COMPEL**
14                                  )   **ABANDONMENT OF PROPERTY AND**
                                    )   **MOTION FOR STATUS HEARING**
15                                  )
                                    )   Date:  September 21, 2011
16                                      Time:  2:30 p.m.

17                                      Ctrm:  2
                                               Foley Federal Building
18                                             300 Las Vegas Blvd. So.
                                               Las Vegas, NV 89101
19                                      Judge: Hon. Mike K. Nakagawa

20 _____

21       Yvette Weinstein, Trustee ("Trustee") of the Ronald V. Cook ("Debtor"), by and through her

22 counsel Elizabeth E. Stephens, Esq. of Sullivan, Hill, Lewin, Rez & Engel, and hereby responds to

23 Debtor's Motion to Compel Abandonment and Motion for Status Hearing to determine the status of

24 administration and entry of a closing order:

25       The Trustee agrees the case should have been closed long ago. She filed a Report of No

26 Assets on September 7, 2010 [Dkt.29]. She also filed notices of abandonment of two pieces of real

27 property on the same date.

28

- 1 -

329352-v1

1  This matter has been out of her hands for since then.  However, the Trustee has a recently
2  contacted with the court and is awaiting a response as to why the case is not yet closed.

3  Dated:      September 7, 2011                SULLIVAN, HILL, LEWIN, REZ & ENGEL
                                                A Professional Law Corporation

                                                By:        /s/ *Elizabeth E. Stephens*
                                                      Elizabeth E. Stephens
                                                      Attorneys for Yvette Weinstein,
                                                      Chapter 7 Trustee

329352-v1